ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| LW Support Services | ) ASBCA No. 63913 |
| | ) |
| Under Contract No. W56HZV-22-D-0070 | ) |

APPEARANCE FOR THE APPELLANT:  Ms. Lucinda Williams
                              President

APPEARANCES FOR THE GOVERNMENT:  Dana J. Chase, Esq.
                                  Army Chief Trial Attorney
                                  MAJ Jules L. Szanton, JA
                                  MAJ Heather M. Martin, JA
                                  Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: December 3, 2024

_____
JOHN J. THRASHER
Chairman
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63913, Appeal of LW Support Services, rendered in conformance with the Board's Charter.

Dated: December 3, 2024

for Tammye D. Allison

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals